In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-07-419 CR


 ______________________



DUC VAN HUYNH, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 93393







MEMORANDUM OPINION

 Appellant Duc Van Huynh pled guilty to possession of a controlled substance. On
June 15, 2005, the trial court found the evidence sufficient to find Huynh guilty, but deferred
further proceedings, placed Huynh on community supervision for seven years, and assessed
a fine of $1,000. On June 15, 2006, the State filed a motion to revoke Huynh's unadjudicated
community supervision. Huynh pled "true" to two violations of the conditions of his
community supervision. The trial court found that Huynh violated the conditions of his
community supervision, found Huynh guilty of possession of a controlled substance, and
assessed punishment at two years of confinement in TDCJ. 

 Huynh's appellate counsel filed a brief that presents counsel's professional evaluation
of the record and concludes the appeal is frivolous. See Anders v. California, 386 U.S. 738,
87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex. Crim. App.
1978). On January 31, 2008, we granted an extension of time for appellant to file a pro se
brief. We received no response from appellant. We reviewed the appellate record, and we
agree with counsel's conclusion that no arguable issues support an appeal. Compare Stafford
v. State, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment. (1)

 AFFIRMED.

 _________________________________

 DAVID GAULTNEY

 Justice 

 

Submitted on May 28, 2008

Opinion Delivered June 25, 2008 

Do not publish


Before McKeithen, C.J., Gaultney and Kreger, JJ.

1. Appellant may challenge our decision in this case by filing a petition for discretionary
review. See Tex. R. App. P. 68.